IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD COOPER,

    Petitioner,               No. CIV S-05-0491 GEB CMK P

   vs.

TOM CAREY, Warden,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has also paid the filing fee. This court ordered respondents to file an answer.[1] The court did not, however, rule on petitioner's request to proceed in forma pauperis.

        The application attacks a conviction issued by the Central District. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in County of Los Angeles. Id. at 499 n.15; 28 U.S.C. § 2241(d).

---

[1] Notably, the court ordered respondents to file an answer on March 16, 2005, and March 22, 2005. The second order filed March 22, 2005 is duplicative and should be disregarded.

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: June 30, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE